UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNIFER ROBERSON, ) | CASE NO. SACV 09-1243 AGR |
| Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner of ) Social Security Administration, ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: March 30, 2011

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE